**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RON GRAHAM,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | 6:23-cv-00168-RAW-DES |
| | ) | |
| **DOUG BURGUM, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 26, 2025

*/S/ Graham C. Zorn*
Graham C. Zorn
BEVERAGE & DIAMOND, P.C.
1900 N St NW, Suite 100
Washington, DC 20036
Phone: (202)789-6024 Fax: (202)789-6190
gzorn@bdlaw.com

*Attorney for Plaintiff Ron Graham*


*/S/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 600
Denver, CO 80202
(303) 844-1487
devon.mccune@usdoj.gov

*Attorney for Federal Defendants Doug Burgum, Eddie Streeter, and U.S. Department of the Interior*

*/S/ O. Joseph Williams*
O. Joseph Williams
O. Joseph Williams Law Office, PLLC
The McCulloch Building
114 N. Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, Oklahoma 74447
T:  (918) 752-0020
F:  (918) 894-6664
E:  jwilliams@williamslaw-pllc.com

*Attorney for Defendant David Hill, Principal Chief of the Muscogee (Creek) Nation*